IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANNEL MAURICE MITCHELL,  )  )        Plaintiff,       )  )  vs.                             )  )                                    )   Case No. 23-cv-3783-SPM  CHRISTINE BROWN,        )  DeBORD,                          )  ROLDAN,                          )  )           Defendants.    ) | |

# **MEMORANDUM AND ORDER**

**McGlynn, District Judge:**

Plaintiff Dannel Maurice Mitchell, an inmate of the Illinois Department of Corrections (IDOC) currently detained at Pinckneyville Correctional Center brings this civil lawsuit concerning recent events and conditions of his confinement. (Doc. 1). Mr. Mitchell was previously subject to a civil filing ban in this District in case *Mitchell v. Heberer, et al.*, 18-cv-121-DRH (Apr. 10, 2018 Order, Doc. 9). Specifically, "Plaintiff [was] restricted from filing any new civil actions in this Court until such time as his outstanding filing fees of $5,588.92 have been paid in full." (*Id*.). Upon receipt of the present Complaint, the Court reviewed its financial records and confirmed that as of November 28, 2023, Mitchell still owes $3,414.14 towards the filing fee before he will be allowed to file any civil actions in this District.

Mitchell was informed of his active filing ban by a letter from the Clerk's Office on November 17, 2023. However, despite informing Mitchell that this case would not be

accepted, the Clerk of Court then erroneously opened a new action with Mitchell's pleadings on November 28, 2023.  Given this history, the Court finds it appropriate to administratively close this case.  Plaintiff is still ineligible to file new actions, so his filing ban remains active, and this case should not have been opened.  The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case and to return all documents unfiled to Mr. Mitchell.

    **IT IS SO ORDERED.**

    Dated: November 28, 2023

                                                    */s/ Stephen P. McGlynn*
                                                  Stephen P. McGlynn
                                                  United States District Judge